# UNITED STATES DISTRICT COURT
## Western District of Louisiana

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 1 0 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                    Case Number CR 2:99CR20005-001

ADAM D. HARVEY
Defendant.

## JUDGMENT AND COMMITTMENT ORDER
## ON REVOCATION OF PROBATION
(For Offenses Committed On or After November 1, 1987)

The defendant, ADAM D. HARVEY, was represented by Robert Marin.

It appearing that the defendant, who was convicted on October 7, 1999 in the above styled cause on counts I, II, III and IV was sentenced to 8 months in prison to be followed by supervised release for a period of 12 month, has violated the terms of supervised release, it is hereby ORDERED and ADJUDGED that the supervised release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX (6) months to be followed by SIX (6) months supervised release with a special condition that the defendant serve his supervised release in the halfway house during the term of his supervision .

The defendant is remanded to the custody of the United States Marshal to begin serving his sentence immediately.

Signed this the 10th day of January, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

COPY SENT
DATE 1-11-05
BY JB
TO USM-LC-3cc
USPC-LC-3cc